# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____

Midna Baez,

    Plaintiff,

 vs.           Civil Action No. 1:12-CV-1874

Teresian House Housing Corporation;
Robyn Boyd, *in his individual capacity*,
    Defendant.

_____

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## BASED UPON SETTLEMENT

The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

**ORDERED** that

 1) This action is dismissed, with prejudice, except as set forth below.

 2) The court will retain complete jurisdiction to vacate this order and to

reopen the action within 60 days from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

    3)    The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: May 9, 2014
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior U.S. District Judge